# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CURTIS BRADY, | 2:17-cv-02534-JAD-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

On March 18, 2019, Plaintiff Curtis Brady moved for service of summons on Defendants Guice, George, and Barron. (ECF No. 19). Court denied the motion without prejudice as to Barron because "the Attorney General's Office did not provide an address for Barron, stating that he is 'unknown.'" (ECF No. 20 at 1). The Attorney General's Office has now submitted Barron's last known address under seal. (ECF No. 30).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the clerk of court must send to Brady a blank USM285 form, along with a copy of this order.

IT IS FURTHER ORDERED that Brady must complete the form with the information pertaining to Defendant Barron (except for his addresses) and file the form with the court by July 12, 2019.

IT IS FURTHER ORDERED that upon receipt of the completed USM-285 form from Brady, the clerk of court must issue summonses for Barron under seal and deliver the summons, the USM-285 form, and the complaint (ECF No. 6) to the United States marshal for service

1

# NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to LR IA 3-1, the Plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party of the party's attorney. Failure to comply with this Rule may result in dismissal of the action.

IT IS SO ORDERED.

DATED this 6th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE