# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

CURTIS BRADY JR.,

    Plaintiff,

vs.

JAMES DZURENDA, *et al.*,

    Defendants.

2:17-cv-02534-JAD-VCF

**ORDER**

Before the court is Defendants' Motion for Extension of Time to File Dispositive Motions (ECF No. 39).

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time to File Dispositive Motions (ECF No. 39) is GRANTED.

IT IS FURTHER ORDERED that the following deadlines apply:

Dispositive Motions shall be filed and served no later than September 9, 2019.

The Joint Pretrial Order is due by October 9, 2019. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

DATED this 12th day of July, 2019.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE