# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Curtis Brady Jr.,

    Plaintiff

v.

State of Nevada, et al.,

    Defendants

Case No.: 2:17-cv-02534-JAD-VCF

**Order Directing Plaintiff to Update Address**

    Legal mail sent by the Court to plaintiff has been returned to sender with the notation "Not at HDSP."[1] This Court's Local Rule IA 3-1 states that a "pro se party must immediately file with the court written notification of any change of mailing address . . . ." Plaintiff is in violation of this rule.

    IT IS THEREFORE ORDERED that **Plaintiff has until October 22, 2019, to file a Notice of New Mailing Address. If he fails to do so by this deadline, this case will be dismissed without prejudice and without further prior notice.**

Dated October 2, 2019

                                            _____
                                            U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 45.