# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Curtis Brady Jr., | Case No. 2:17-cv-02534-JAD-VCF |
| Plaintiff | |
| v. | **Order Granting Motion to Extend Time** |
| State of Nevada, *et al.*, | [ECF No. 50] |
| Defendants | |

Plaintiff Curtis Brady Jr. moves to extend time to file his response to defendants' motion for summary judgment [ECF No. 46]. Brady explains that he needs an additional 45 days due to his work schedule and need to rely on friends and family to assist him.[1] Good cause appearing, IT IS HEREBY ORDERED that the motion to extend time **[ECF No. 50] is GRANTED;** Brady's deadline to file his response brief is extended to November 14, 2019.

Dated: October 9, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 50.