UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Curtis Brady Jr., | Case No.: 2:17-cv-02534-JAD-VCF |
| Plaintiff | |
| v. | **Order Dismissing Claims Against Defendant Barron** |
| James Dzurenda, et al., | [ECF No. 55] |
| Defendants | |

Last month, I granted summary judgment against pro se plaintiff Curtis Brady Jr. on three of his claims against several defendants in this civil-rights case.[1] In the order, I noted that Brady had not complied with Magistrate Judge Cam Ferenbach's 2019 order to complete a USM-285 form so that a defendant, who Brady named only as "Barron," could finally be served—years into this case.[2] I ordered Brady to show cause by October 25, 2020, why I should not dismiss his claims against Barron for failing follow Judge Ferenbach's order and cautioned him that if he failed to do so, his claim against Barron would be deemed abandoned.[3] That deadline has passed and Brady has not complied with the order, so I dismiss his claims against Barron.

IT IS THEREFORE ORDERED that all claims against Defendant Barron are **dismissed** and the **Clerk of Court is directed to terminate Defendant Barron from this case**. This case proceeds on Brady's First Amendment retaliation claim against defendants Morrice Guice Jr. and Antonio Bryant only.

_____
U.S. District Judge Jennifer A. Dorsey
October 26, 2020

---

[1] ECF No. 55 (order granting summary judgment).
[2] *Id.* at 19–20; *see* ECF No. 35.
[3] ECF No. 55 at 19–20.