# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CURTIS BRADY JR.,

    Plaintiff,

vs.

JAMES DZURENDA, *et al.*,

    Defendants.

2:17-cv-02534-JAD-VCF

**ORDER**

Before the Court is *Curtis Brady Jr. v. James Dzurenda, et al.*, case number 2:17-cv-02534-JAD-VCF.

The court set this matter for a settlement conference on March 1, 2021. (ECF NO. 57).

Accordingly,

IT IS HEREBY ORDERED that a telephonic status hearing regarding the settlement conference is scheduled for 10:00 AM, February 22, 2021.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

The Clerk of Court is directed to mail a copy of this order to Plaintiff at the following address:

Curtis Brady Jr
134 West Richard St.
Fallen, NV 89406

DATED this 17th day of February, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE