# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Curtis Brady, Jr., <br><br> Plaintiff <br><br> v. <br><br> James Dzurenda, et al., <br><br> Defendants | Case No.: 2:17-cv-2534-JAD-VCF <br><br> **Order Adopting Report & Recommendation and Dismissing Case** <br><br> [ECF No. 62] |

Magistrate Judge Ferenbach recommends that I dismiss this action for failure to comply with court orders.[1] The deadline for any party to object to that recommendation was April 21, 2021, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 62] is ADOPTED**. THIS ACTION IS DISMISSED for failure to comply with court orders, and the Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 4, 2021

---

[1] ECF No. 62.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1